| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | FRANCINE ZEPEDA, #091175<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>KIM SUGEE |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 5:12-cr-00001 JLT-1 |
|---|---|---|
| Plaintiff, | ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| v. | ) | |
| KIM SUGEE, | ) | Magistrate Judge: Jennifer L. Thurston |
| Defendant. | ) | |

      Ms. Kim resides in Monterey Park, California. She just completed her schooling and is not employed at this time. It would be a significant financial and personal hardship for her to be present at court. Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives her right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motion hearings and change of plea. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

////

At this time, the matter has not been resolved and Ms. Kim's presence is not required by counsel. Pursuant to Fed. R. Crim. P. 43(b)(2) & (3), Ms. Kim waives the right to be personally present.

DATED:  March 1, 2012                /s/ Sugee Kim
                                     **SUGEE KIM**


DATED:  March 1, 2012                /s/ Francine Zepeda
                                     FRANCINE ZEPEDA
                                     Assistant Federal Defender
                                     Sugee Kim

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:  **March 1, 2012**                      **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE